THE STATE AT THE RELATION AND TO THE USE OF G. W. PRIOR, Plaintiff in Error, v. A. MILLER, ADM'R OF JOHN W. HAWKINS, DEC'D, et als., Defendants in Error.

*Practice— Supreme Court— Final Judgment.* — The transcript of the record, upon a writ of error or appeal, must show that a final judgment has been entered by the inferior court.

*Error to Osage Circuit Court.*

*Geo. T. White,* for plaintiff in error.

*McCord,* and *Ewing & Smith,* for defendants in error.

FAGG, Judge, delivered the opinion of the court.

The record in this case does not show any transcript of the record of the judgment of the court below, and consequently there is no evidence of the fact that any final judgment in this cause was rendered.

The writ of error will be dismissed. The other judges concur.